UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FOOD PROCESSORS INTERNATIONAL (GHANA) LTD.,

                      Plaintiff,

          -v-

JULIANA ALLOTEY, JAS INTERNATIONAL INC., and JAS TRADING INC.,

                      Defendants.
------------------------------------------------------------------------X

24 Civ. 3478 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

    On May 9, 2024, Plaintiff served Defendant Jas International Inc. with the Summons and Complaint in this action. Dkt. 7. On May 24, 2024, Plaintiff served Defendant Jas Trading Inc. with the Summons and Complaint. Dkt. 8. To date, no answer has been filed. Accordingly, for Defendants Jas International Inc. and Jas Trading Inc., the Court *sua sponte* extends the deadline to respond to the Complaint until July 15, 2024. If those Defendants once fail to respond to the Complaint by their deadline to do so, Plaintiff should seek a Certificate of Default by July 24, 2024.

    SO ORDERED.

Dated: July 1, 2024
       New York, New York

                                              JOHN P. CRONAN
                                           United States District Judge