UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
FOOD PROCESSORS INTERNATIONAL                                           :
(GHANA) LTD.,                                                           :
                                                                        :
                                    Plaintiff,                          :        24 Civ. 3478 (JPC)
                                                                        :
                -v-                                                     :        ORDER OF DISMISSAL
                                                                        :
JULIANA ALLOTEY, JAS INTERNATIONAL                                      :
INC., and JAS TRADING INC.,                                             :
                                                                        :
                                    Defendants.                         :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, it is ordered that this action is dismissed without costs and without prejudice

to restoring the action to the Court's calendar, provided the application to restore the action is

made within thirty days of this Order in the event the settlement agreement is not completed and

executed.  Any such application filed after thirty days from the date of this Order may be denied

solely on that basis.  If the parties wish for the Court to retain jurisdiction for the purposes of

enforcing any settlement agreement, they must submit the settlement agreement to the Court by

the deadline to reopen to be "so ordered" by the Court.  Pursuant to 3.G of the Court's Individual

Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain

jurisdiction to enforce a settlement agreement unless it is made part of the public record.  Any

pending motions are moot.  All conferences are canceled.  The Clerk of Court is respectfully

directed to close the case.

SO ORDERED.

Dated: October 28, 2024
      New York, New York

JOHN P. CRONAN
United States District Judge

2